NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
CALLAHAN & BLAINE, APLC
Edward Susolik (Bar No. 151081)
Ed@callahan-law.com
Jason Casero (Bar No. 263933)
jcasero@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: 714-241-4444 Fax: 714-241-241-4445

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company, Plaintiff(s), | CASE NUMBER: 2:20-cv-2907 |
| v. | |
| AOL INC., a Delaware corporation; OATH, a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  EVOX PRODUCTIONS LLC, a Delaware limited liability company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EVOX PRODUCTIONS LLC | Plaintiff |
| AOL INC. | Defendant |
| OATH INC. | Defendant |
| VERIZON MEDIA INC. | Defendant |

March 27, 2020
Date

/s/ Jason Casero
Signature

Attorney of record for (or name of party appearing in pro per):