**CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
Dan@callahan-law.com
Edward Susolik (Bar No. 151081)
Ed@callahan-law.com
Jason Casero (Bar No. 263933)
jcasero@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendant EVOX PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | **CASE NO. 2:20-cv-02907-FMO-JEM**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served:**<br>**March 31, 2020**<br><br>**Current response date:**<br>**April 21, 2020**<br><br>**New response date:**<br>**May 21, 2020** |

- 1 -

STIPULATION TO EXTEND THE TIME TO RESPOND TO COMPLAINT

This stipulation to extend the time to respond to the complaint pursuant to Central District Local Rule 8-3 is entered into by and between Plaintiff Evox Productions, LLC ("Plaintiff") and defendants Oath Inc. (fka AOL Inc.), and Verizon Media Inc. (collectively, "Defendants") as follows:

WHEREAS, on March 27, 2020 Plaintiff filed its initial complaint in this action against Defendants;

WHEREAS, Defendants accepted service via counsel effective on March 31, 2020, making their responsive pleading due on April 21, 2020;

WHEREAS, Defendants have requested, and Plaintiff has agreed to, an extension of 30 days to respond to the complaint;

THEREFORE, it is hereby stipulated pursuant to Central District Local Rule 8-3, by and between the parties hereto, through their respective counsel, that Defendants may have up to and including May 21, 2020 to respond to Plaintiff's complaint.

Dated: April 3, 2020 **CALLAHAN & BLAINE APLC**

/s/ *Jason Casero*
Jason Casero
Attorneys for Plaintiff
EVOX Productions, LLC

Dated: April 3, 2020 **WINSTON & STRAWN LLP**

/s/ *Jennifer Golinveaux*
Jennifer Golinveaux
Attorneys for Defendants
Oath Inc. (fka AOL Inc.), and Verizon Media Inc.

STIPULATION TO EXTEND THE TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA, CENTRAL DIVISION

### EVOX PRODUCTIONS LLC, v. AOL INC.

Case No.: **2:20-cv-02907-FMO-JEM**

    I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

    On April 3, 2020, I served the following document(s) described as

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on the interested parties in this action by placing: ☐ the original ☒ a true copy to the following e-mail addresses as follows:

☒    **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below:

Jennifer Golinveaux, Esq.,    jgolinveaux@winston.com

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on April 3, 2020. at Santa Ana. California.

_____
Maria Martinez

- 3 -

STIPULATION TO EXTEND THE TIME TO RESPOND TO COMPLAINT