UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:20-cv-02907-JWH-JEMx<br><br>**ORDER TO AMEND SCHEDULING AND CASE MANAGEMENT ORDER**<br><br>Judge: Hon. John W. Holcomb<br>Filed: March 27, 2020<br>Trial: September 7, 2021 |

The Court, having received the parties' Stipulated Request to Amend Scheduling and Case Management Order, orders that the Scheduling and Case Management Order entered on August 19, 2020 [ECF No. 33], is amended as follows:

    (1) The close of fact discovery shall be April 16, 2021; and

    (2) The deadline to complete private mediation shall be April 16, 2021.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: January 15, 2021

_____
HONORABLE JOHN W. HOLCOMB

- 1 -

ORDER TO AMEND SCHEDULING AND CASE MANAGEMENT ORDER