SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
  smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants AOL INC., OATH INC. and VERIZON MEDIA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>    Defendants. | CASE NO. 2:20-cv-02907-JWH(JEMx)<br><br>**JOINT REQUEST FOR DECISION**<br><br>Judge:    John W. Holcomb |

Pursuant to Central District Local Rule 83-9.2, Plaintiff Evox Productions, LLC ("Plaintiff") and Defendants AOL Inc., Oath Inc., and Verizon Media Inc. (collectively, "Defendants") jointly request that the Court render a decision on Defendants' pending Motion to Dismiss the Second Cause of Action for Trademark Infringement in Plaintiff's First Amended Complaint (the "Motion").

Local Rule 83-9.2 provides that "counsel shall . . . file with the Court a joint request" that the Court "render and file its decision on a submitted matter" if the Court does not render and file its decision "within 120 days of submission." Where, as here, "no oral argument [has been] conducted on the motion, a motion shall be deemed submitted for decision as of the date the last memorandum or other pleading is permitted to be filed." L.R. 89-9.1.1.

Defendants filed their Motion on June 11, 2020 (Dkt. 26), Plaintiff filed its brief in opposition to Defendants' Motion on July 10, 2020 (Dkt. 29), and Defendants filed their reply in support of their Motion on July 23, 2020 (Dk. 30). Defendants also submitted a Notice of Supplemental Authority on August 20, 2020 (Dkt. 36), alerting the Court to the Honorable Consuelo B. Marshall's decision in *Evox Productions, LLC v. Verizon Media*, No. 2:20-cv-02852-CBM-JEM, Dkt. 35 (C.D. Cal. Aug. 19, 2020). Plaintiff filed its Response to Defendants' Notice of Supplemental Authority on August 21, 2020. Dkt. 37. Because a decision has not been rendered within 120 days of submission of Defendants' Motion, the parties respectfully request that the Court render "its decision within 30 days after the filing of [this] joint request" or, "within the same period, advise the parties in writing of the date by which the decision will be made."

Respectfully submitted,

DATED: February 18, 2021

          SCOTT A. EDELMAN
          PERLETTE MICHELE JURA
          ILISSA SAMPLIN
          SHAUN A. MATHUR
          GIBSON, DUNN & CRUTCHER LLP

          By: /s/ *Scott A. Edelman*
              Scott A. Edelman

          Attorneys for Defendants AOL INC., OATH INC. and VERIZON MEDIA INC.

DATED: February 18, 2021

          DANIEL J. CALLAHAN
          EDWARD SUSOLIK
          JASON CASERO
          CALLAHAN & BLAINE APLC

          By: /s/ *Jason Casero*
              Jason Casero

          Attorneys for Plaintiff EVOX PRODUCTIONS LLC, a Delaware limited liability company

# SIGNATURE ATTESTATION

I, Scott A. Edelman, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATED: February 18, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Scott A. Edelman*
Scott A. Edelman

Attorneys for Defendants AOL INC., OATH INC. and VERIZON MEDIA INC.