UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-02907-JWH-JEMx<br><br>**ORDER TO EXTEND SETTLEMENT CONFERENCE DEADLINE AND TRIAL DATE**<br><br>Judge:　　Hon. John W. Holcomb |

The Court, having considered the parties' Joint Stipulation to Extend Settlement Conference Deadline and Trial Date, and for good cause shown, orders that the Scheduling and Case Management Order entered on August 19, 2020 (Dkt. 33), is amended as follows:

1. The last day for the parties to complete their settlement conference before a private mediator shall be September 3, 2021;

2. The hearing on the parties' motions *in limine* shall be scheduled for September 10, 2021, at 9:00 a.m.;

3. The Final Pretrial Conference shall be scheduled for September 17, 2021, at 11:00 a.m.; and

4. The Jury Trial shall be scheduled to begin on October 4, 2021, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: March 15, 2021

_____
HONORABLE JOHN W. HOLCOMB
U.S. DISTRICT JUDGE