CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>    Defendants. | **CASE NO.  2:20-cv-02907- JWH-JEMx**<br><br>**ORDER GRANTING AMENDED BRIEFING SCHEDULE**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Judge:          Hon. John W. Holcomb<br>Action Filed:  March 27, 2021<br>Trial Date:    October 4, 2021 |

- 1 -

ORDER

All parties, by and through counsel of record, submitted a Stipulated Briefing Schedule re Motion for Judgment on the Pleadings. Having considered the joint stipulation and for good cause shown, it is hereby **ORDERED** that:

1. Plaintiff's opposition is due on April 30, 2021;
2. Defendants' reply is due May 14, 2021; and
3. Hearing on Motion [ECF No. 59] is set for May 28, 2021, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 20, 2021

Honorable John W. Holcomb
United States District Judge
Central District of California