SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
  smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants AOL INC.,
OATH INC. and VERIZON MEDIA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:20-cv-02907-JWH(JEMx)<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**<br><br>Judge:   John W. Holcomb |

Pursuant to Central District Local Rule 5-5.4.1, Defendants AOL, Inc., Oath Inc., and Verizon Media Inc. (collectively, "Defendants") hereby lodge the attached [Proposed] Judgment.

Dated: June 24, 2021

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: /s/ *Scott A. Edelman*
                                                   Scott A. Edelman

                                        Attorneys for Defendants AOL INC., OATH INC. and VERIZON MEDIA INC.