SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA  90067-3026
Telephone:  310.552.8500
Facsimile:   310.551.8741

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
  smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants AOL INC., OATH INC. and VERIZON MEDIA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:20-cv-02907-JWH-JEM<br><br>**JOINT STIPULATION TO VACATE ADR DEADLINE**<br><br>Filed:     March 27, 2020<br>Trial:      September 7, 2021<br>Judge:    Hon. John W. Holcomb |

Pursuant to Central District Local Rule 7-1, Plaintiff Evox Productions, LLC ("Evox") and Defendants AOL Inc., Oath Inc., and Verizon Media Inc. (collectively, "Defendants") submit this Stipulation to Postpone the ADR Deadline set in the September 7, 2021 Order and state as follows:

WHEREAS, Evox filed its initial Complaint in this action on March 27, 2020 (Dkt. 1);

WHEREAS, Evox filed its First Amended Complaint on April 22, 2020 (Dkt. 15);

WHEREAS, Defendants filed a Motion to Dismiss Evox's Second Cause of Action on June 11, 2020 (Dkt. 26), and the Court granted that Motion on March 2, 2021, dismissing Evox's trademark infringement claim with leave to amend (Dkt. 46);

WHEREAS, Evox filed its Second Amended Complaint on March 15, 2021 (Dkt. 53);

WHEREAS, Defendants filed a Motion for Judgment on the Pleadings on April 2, 2021 (Dkt. 59);

WHEREAS, Evox filed a Motion to Amend the Scheduling Order on May 21, 2021 (Dkt. 64);

WHEREAS, on June 29, 2021, the Court issued an Order ("June 29 Order") granting Defendants' Motion for Judgment on the Pleadings (dismissing Evox's trademark infringement claim without leave to amend and dismissing Evox's copyright infringement claim with leave to amend), directing Defendants to file any motion to dismiss Evox's Third Amended Complaint no later than July 23, 2021, and setting a hearing on any such motion for August 27, 2021 (Dkt. 83);

WHEREAS, the Court's June 29 Order also granted Evox leave to file a motion to compel no earlier than September 3, 2021, and set the deadline for a hearing on any such motion to compel as October 1, 2021 (Dkt. 83);

WHEREAS, the Court's June 29 Order also extended the Settlement Conference deadline to October 8, 2021, vacated the remaining pretrial deadlines, directed the

parties to file a Joint Status Report by October 15, 2021, and set a Status Conference for October 22, 2021 (Dkt. 83);

WHEREAS, on July 9, 2021, Evox filed its Third Amended Complaint (Dkt. 87);

WHEREAS, Defendants filed a Motion to Dismiss the Third Amended Complaint on July 23, 2021 (Dkt. 91);

WHEREAS, on August 11, 2021, the Court on its own motion continued the hearing on Defendants' Motion to Dismiss the Third Amended Complaint to September 3, 2021 (Dkt. 93);

WHEREAS, on August 31, 2021, the Court took Defendants' Motion to Dismiss the Third Amended Complaint under submission and vacated the September 3, 2021 hearing (Dkt. 97);

WHEREAS, on September 2, 2021, the parties filed a Joint Stipulation to extend the Court-ordered deadlines in the June 29 Order to postpone briefing on Evox's motion to compel until after the Court ruled on Defendants' Motion to Dismiss the Third Amended Complaint (Dkt. 98);

WHEREAS, on September 7, 2021, the Court entered an order granting the Joint Stipulation with a modified schedule, which, among other things, extended the ADR deadline to November 12, 2021, and set a Status Conference for December 3, 2021 (Dkt. 99);

WHEREAS, the parties' joint stipulation regarding Evox's motion to compel was filed on October 5, 2021 (Dkt. 102), and the hearing on the motion to compel was noticed for October 26 before Judge McDermott (*id.*);

WHEREAS, Defendants' Motion to Dismiss the Third Amended Complaint remains pending and the parties have currently scheduled mediation for November 10, 2021, with initial briefing due to the mediators on October 22;

WHEREAS, the parties agree that serving mediation briefs and attending mediation before the Court rules on Defendants' pending Motion To Dismiss the Third Amended Complaint would not be efficient or productive, and is likely to cause the parties to incur unnecessary time and expense. Therefore, the parties jointly agree to vacate the ADR deadline to await the Court's ruling on the pending Motion To Dismiss the Third Amended Complaint.

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that they jointly request that:

1. The Settlement Conference deadline of November 12, 2021 be vacated for the time being.

DATED: October 12, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Scott A. Edelman*
Scott A. Edelman
Perlette Michele Jura
Ilissa Samplin

Attorneys for Defendants AOL INC., OATH INC. and VERIZON MEDIA INC.

DATED: October 12, 2021

CALLAHAN & BLAINE APLC

By: /s/ *Edward Susolik*
Edward Susolik
Jason Casero

Attorneys for Plaintiff EVOX PRODUCTIONS, LLC

## SIGNATURE ATTESTATION

I, Scott Edelman, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: October 12, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Scott A. Edelman*
       Scott A. Edelman