**CALLAHAN & BLAINE, APLC**
Edward Susolik (Bar No. 151081)
Ed@callahan-law.com
Michael J. Sachs (SBN 134468)
MJS@callahan-law.com
Jason Casero (Bar No. 263933)
jcasero@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff EVOX PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10, <br><br> Defendants. | **CASE NO. 2:20-cv-02907-MEMF(JEMx)** <br><br> **JOINT STIPULATION TO AMEND DISPOSITIVE MOTION HEARING DEADLINE** <br><br> Action Filed:  March 27, 2021 <br> Trial Date:  October 4, 2021 <br> Judge:  Ewusi-Mensah Frimpong |

- 1 -

JOINT STIPULATION TO AMEND DISPOSITIVE MOTION DEADLINE

1 Pursuant to Central District Local Rule 7-1 and this Court's Civil Standing Order, Plaintiff Evox Productions LLC ("EVOX") and Defendants AOL Inc., Oath Inc., and Verizon Media Inc. ("Defendants") submit this Joint Stipulation to Amend Dispositive Motion Hearing Deadline.

WHEREAS, on November 30, 2021, the Court issued a Civil Trial Scheduling Order (Dkt. 122);

WHEREAS, on February 14, 2022, the Court reassigned the case to the Honorable Maame Ewusi-Mensah Frimpong, vacating all pretrial conferences and trial dates currently set for dates earlier than January 1, 2023, and directing the parties to submit a joint case management statement (Dkt. 126);

WHEREAS, on March 1, 2022, the parties filed a Joint Case Management Statement (Dkt. 127) that, among other things, described the deadlines in place before reassignment; that explained that Defendants intended to produce certain page view analytics data; that EVOX intended to draft a supplemental expert report; that Defendants intended to depose EVOX's expert; and that requested that the Court establish the following case deadlines:

| | |
|---|---|
| September 22, 2022 | Dispositive motion hearing cutoff |
| January 26, 2023 | Last day to conduct settlement conference |
| February 2, 2023 | Deadline for hearing on motions *in limine* |
| March 2, 2023 | Final pre-trial conference |
| March 20, 2023 | Jury trial |

WHEREAS, Defendants' intention to make a supplemental production required that the parties file a Joint Stipulation to Amend Pretrial Deadlines on March 9, 2022 (Dkt. 128);

WHEREAS, Defendants made supplemental productions on March 23, 2022 and April 22, 2022, and the parties' spent the next several months discussing the substance of Defendants' supplemental productions;

WHEREAS, the parties' good faith discussions regarding the supplemental productions delayed the drafting of EVOX's supplemental report, and the parties filed another Joint Stipulation to Amend Dispositive Motion Deadline on August 8, 2022 (Dkt. 130);

WHEREAS, although the parties have concluded their discussions regarding the supplemental productions, and EVOX's expert is diligently working on a supplemental report, additional time will be necessary in order to finalize the report and provide Defendants with an opportunity to depose EVOX's expert;

WHEREAS, the parties met, conferred, and agreed to request an extension of only the dispositive motion hearing deadline in order to accommodate the work of EVOX's expert and Defendants' opportunity to depose him, all of which may be material to Defendants' anticipated motion for summary judgment that is otherwise due on October 6, 2022 under the Court's Civil Standing Order;

WHEREAS, granting the parties' request for another extension of the dispositive motion hearing deadline will not have an impact on the remainder of the deadlines set by the Court;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, to jointly request that the Court extend the dispositive motion hearing deadline to December 22, 2022.

- 3 -

JOINT STIPULATION TO AMEND DISPOSITIVE MOTION DEADLINE

1 DATED: September 30, 2022    **CALLAHAN & BLAINE APLC**

3      /s/ *Jason Casero*
Jason Casero
4      *Attorneys for Plaintiff*
*EVOX Productions, LLC*

6 DATED: September 30, 2022    **GIBSON, DUNN & CRUTCHER LLP**

8      /s/ *Scott A. Adelman*
Scott A. Edelman
9      *Attorneys for Defendants AOL, INC., OATH INC. and VERIZON MEDIA INC.*

## SIGNATURE ATTESTATION

I, Jason Casero, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATED: September 30, 2022           **CALLAHAN & BLAINE APLC**

/s/ *Jason Casero*
Jason Casero
*Attorneys for Plaintiff*
*EVOX Productions, LLC*

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA, CENTRAL DIVISION

## EVOX PRODUCTIONS LLC, v. AOL INC.

### Case No.: **2:20-cv-02907-FMO-JEM**

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

On September 30, 2022, I served the following document(s) described as

**JOINT STIPULATION TO AMEND DISPOSITIVE MOTION HEARING DEADLINE**

on the interested parties in this action by placing: ☐ the original ☒ a true copy to the following e-mail addresses as follows:

☒ **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below:

Scott Edelman, sedelman@gibsondunn.com

Perlette Jura, pjura@gibsondunn.com

Ilissa Samplin, isamplin@gibsondunn.com

Shaun Mathur, smathur@gibsondunn.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 30, 2022, at Santa Ana, California.

Maria Martinez   mmartinez@callahan-law.com

- 6 -

JOINT STIPULATION TO AMEND DISPOSITIVE MOTION DEADLINE