O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-02907-MEMF-JEMx<br><br>**ORDER RE EXPERT DISCLOSURES AND TO AMEND SUMMARY JUDGMENT DEADLINES [ECF NO. 138]** |

The Court, having considered the parties' Joint Stipulation re Expert Disclosures and to Amend Summary Judgment Deadlines (ECF No. 138), and for good cause shown, orders as follows:

- Evox may designate Mr. Del Monte as an expert in this case as described in Evox's pending Motion to Amend Expert Disclosure Deadline;
- Evox will file notice withdrawing its pending Motion to Amend Expert Disclosure Deadline within two (2) days of this Order;
- Defendants may serve rebuttal expert report(s) to rebut the opinions reflected in Mr. Hochman's supplemental report and Mr. Del Monte's forthcoming expert report and in their depositions;
- Evox may not use any of Mr. Del Monte's anticipated expert opinions in support of Evox's Motion for Summary Judgment or in opposition to Defendants' Motion for Summary Judgment;

- The hearing on the parties' anticipated Motions for Summary Judgment is set for April 13, 2023.[1]

In addition, the Court ORDERS the Parties to comply with the Court's new guidelines and briefing schedule for Motions for Summary Judgment:

I. Any parties intending to file or oppose a Motion for Summary Judgment shall work cooperatively to create a single, fully integrated joint brief covering all parties' summary judgment motions, in which each issue (or sub-issue) raised by a party is immediately followed by the opposing party's response. Each separately-represented party shall be limited to twenty-five (25) pages, exclusive of tables of contents and authorities.

II. The operative schedule shall be as follows:

a. No later than sixty-three (63) calendar days before the hearing on the motion, the moving party shall provide to the non-moving party an electronic copy of the opening brief, together with the moving party's portion of the evidentiary appendix and joint appendix of undisputed and disputed facts.

b. No later than fourteen (14) calendar days after receipt of the opening brief, the non-moving party shall provide the moving party with an electronic copy of the integrated motion, which shall include the opposing party's portion of the joint brief, together with the opposing party's portion of the evidentiary appendix and joint appendix of undisputed and disputed facts.

c. No later than seven (7) calendar days after receiving the integrated version of the motion and related papers, the moving party shall file the joint brief with the Court. The moving party shall not make further revisions to the joint brief other than submitting their Reply and finalizing the document for filing.

---

[1] Although the parties requested April 6, 2023 in their Stipulation, April 13 is the earliest date available on the Court's calendar.

Should the parties wish to reserve an alternative hearing date, they must contact the Courtroom Deputy at MEMF_Chambers@cacd.uscourts.gov to do so by no later than fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated: January 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge