O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS, LLC.<br><br>                  Plaintiff,<br><br>      v.<br><br>AOL INC., et al.,<br><br>                  Defendants. | Case No.: 2:20-cv-2907-MEMF (JEMx)<br><br>**ORDER GRANTING PLAINTIFF EVOX PRODUCTION, LLC'S SUPPLEMENTAL APPLICATION FOR LEAVE TO FILE AMENDED COMBINED STATEMENTS OF UNCONTROVERTED FACTS UNDER SEAL [ECF NO. 147]** |

/ / /

/ / /

This Court, having considered the Supplement to Application for Leave to File Under Seal filed by Plaintiff EVOX Productions, LLC ("EVOX"), and the supporting declaration thereto, HEREBY ORDERS that:

1. The unredacted versions of the following materials, which are submitted in support of the Parties' March 2, 2023 joint briefing on their cross-motions for summary judgment, may be filed under seal:

    <u>Defendants' Statement of Uncontroverted Facts</u>

    51. Reference to confidential testimony of Barry Thompson

    52. Reference to confidential testimony of Barry Thompson

IT IS SO ORDERED.

Dated: March 21, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge