## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02907-MEMF (JEMx)                                           Date: April 5, 2023

Title: *Evox Productions, LLC v. AOL, Inc., et al.*

---

PRESENT: The Honorable MAAME EWUSI-MENSAH FRIMPONG, U.S. District Judge

| Kelly Davis | None |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

PROCEEDINGS: (IN CHAMBERS) ORDER RE: Motion for Summary Judgment [ECF No. 44]

     The Court is in receipt of the parties' Joint Motion for Summary Judgment brief. ECF No. 44. Upon examination of the filing, it appears that the parties have filed cross motions, seeking to adjudicate the sole claim for copyright infringement. As detailed in the Civil Standing Order, this Court does not entertain cross-motions that seek to adjudicate the same legal issues. Civil Standing Order at 7. Instead, if the parties do wish to cross-move for summary judgment, the Court requires counsel to "meet and confer to determine which party will move and which will oppose *the one motion for summary judgment*." *Id.*

     Here, the joint brief is organized such that Defendants' Motion appears first. As such, the Court considers Defendants' Motion first filed. As a result, the Court hereby ORDERS the parties to file a joint statement explaining: (1) whether these motions are indeed cross-motions; and (2) if the motions are indeed cross-motions, which of the two motions for summary judgment the parties would prefer that the Court address. The joint statement is to be filed no later than 10:00am on April 6, 2023.

IT IS SO ORDERED.