SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA  90067-3026
Telephone:  310.552.8500
Facsimile:   310.551.8741

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
  smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants AOL INC.,
OATH INC. and VERIZON MEDIA INC.

EDWARD SUSOLIK, SBN 151081
  Ed@callahan-law.com
MICHAEL SACHS, SBN 134468
  mjs@callahan-law.com
JASON CASERO, SBN 263933
  jcasero@callahan-law.com
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Telephone:  714.241.4444
Facsimile:   714.241.4445

Attorneys for Plaintiff EVOX
PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware corporation; OATH INC., a Delaware corporation; and VERIZON MEDIA INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:20-cv-02907-MEMF(JEMx)<br><br>**JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE**<br><br>Filed:  March 27, 2020<br>Trial:    July 24, 2023<br>Judge:  Maame Ewusi-Mensah Frimpong |

Pursuant to Central District Local Rules 7-1 and 7-3, this Court's Civil Trial Order, and this Court's Civil Standing Order, Plaintiff Evox Productions LLC ("Evox") and Defendants AOL Inc., Oath Inc., and Verizon Media Inc. ("Defendants") submit this Joint Stipulation to Continue the Final Pretrial Conference.

WHEREAS, on November 11, 2022, the Court set the Final Pretrial Conference ("FPTC") for July 5, 2023, and the first day of trial for July 24, 2023 (Dkt. 136);

WHEREAS, the Court's Civil Trial Order provides that "[e]ach party appearing in this action must be represented at the FPTC by lead trial counsel";

WHEREAS, lead trial counsel for Defendants is scheduled to be out of the country from June 26, 2023 to July 10, 2023 for a pre-planned family vacation;[1]

WHEREAS, the parties met and conferred pursuant to Local Rule 7-3 and agree to continue the FPTC by one week to July 12, 2023;

WHEREAS, the parties agree that a one-week continuance of the FPTC should not affect the July 24, 2023 trial date;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that the FPTC is continued to July 12, 2023 at 10:00 a.m.

DATED: May 17, 2023

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Scott A. Edelman*
        Scott A. Edelman

Attorneys for Defendants AOL INC., OATH INC. and VERIZON MEDIA INC.

---

[1] On May 9, 2023, the parties filed a Joint Stipulation to Substitute Parties and Amend Case Caption in light of certain corporate changes that have occurred during the pendency of this lawsuit, and to substitute Yahoo Inc. in place of the original Defendants. Dkt. 161.

1  DATED: May 17, 2023

2                                            CALLAHAN & BLAINE APLC

3

4                            By: /s/ *Jason Casero*
                                             Jason Casero

5                            Attorneys for Plaintiff EVOX PRODUCTIONS, LLC

**SIGNATURE ATTESTATION**

I, Scott Edelman, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: May 17, 2023

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Scott A. Edelman*
      Scott A. Edelman