SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA  90067-3026
Telephone:  310.552.8500
Facsimile:   310.551.8741

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
  smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Yahoo Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO INC.,<br><br>    Yahoo. | CASE NO. 2:20-cv-02907-MEMF-JEM<br><br>**[PROPOSED] ORDER GRANTING YAHOO'S MOTIONS *IN LIMINE*** |

Pending before this Court are Yahoo Inc.'s ("Yahoo") ten Motions *in Limine*, three of which are *Daubert* Motions. Upon consideration of the parties' moving and opposition papers, all supporting documents and pleadings of record, oral arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Yahoo moves to preclude Plaintiff Evox Productions LLC ("Evox") from (a) presenting any evidence or argument concerning the parties' discovery disputes, including any allegation that Yahoo, or any entity previously named as a defendant in this case, destroyed or withheld evidence in violation of their discovery obligations; and (b) presenting any argument that Evox's lack of evidence is the result of Yahoo's failure to comply with its discovery obligations ("MIL No. 1").

Yahoo's MIL No. 1 is:

_____    GRANTED            _____    DENIED

2. Yahoo moves to preclude Evox from presenting evidence or argument concerning Yahoo's sophistication and net worth ("MIL No. 2").

Yahoo's MIL No. 2 is:

_____    GRANTED            _____    DENIED

3. Yahoo moves to preclude Evox from presenting argument or evidence concerning potential infringement by third parties or other third-party conduct not relevant to Evox's claim of direct copyright infringement in this case ("MIL No. 3").

Yahoo's MIL No. 3 is:

_____    GRANTED            _____    DENIED

4. Yahoo moves to preclude Evox from presenting any evidence or argument in support of liability theories that Yahoo (i) violated Evox's right to reproduce its images under 17 U.S.C. § 106(1) and (ii) violated Evox's right to publicly distribute its images under 17 U.S.C. § 106(3) ("MIL No. 4").

Yahoo's MIL No. 4 is:

_____ GRANTED          _____ DENIED

5. Yahoo moves to exclude outside counsel emails and letters sent during the discovery process and in connection with Yahoo's production of page view data for the Autoblog website ("MIL No. 5").

Yahoo's MIL No. 5 is:

_____ GRANTED          _____ DENIED

6. Yahoo moves to preclude Evox from offering argument concerning its legally flawed "making available" theory of copyright infringement ("MIL No. 6").

Yahoo's MIL No. 6 is:

_____ GRANTED          _____ DENIED

7. Yahoo moves to preclude Evox from presenting Michael Del Monte's opinions reflected in his 2017 and 2022 Reports, and to exclude those Reports from evidence ("MIL No. 7").

Yahoo's MIL No. 7 is:

_____ GRANTED          _____ DENIED

8. Yahoo moves to exclude proffered expert testimony of Evox's expert witness, Jonathan Hochman. Yahoo's *Daubert* Motion regarding Mr. Hochman is:

_____ GRANTED          _____ DENIED

9. Yahoo moves to exclude proffered expert testimony of Evox's expert, Jeffrey Sedlik. Yahoo's *Daubert* Motion regarding Mr. Sedlik is:

_____ GRANTED          _____ DENIED

10. Yahoo moves to exclude proffered expert testimony of Michael Del Monte. Yahoo's *Daubert* Motion regarding Mr. Del Monte is:

_____   GRANTED            _____   DENIED

DATED: _____, 2023

_____
The Honorable Maame Ewusi-Mensah Frimpong
United States District Judge