UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:20-cv-02907-MEMF-JEM                                           Date: June 8, 2023

Title   *Evox Productions LLC v. Yahoo, Inc.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Minute Order re Summary Judgment Hearing and Final Pretrial Conference**

On March 2, 2023, the parties jointly filed a Motion for Partial Summary Judgment. ECF No. 144. On April 11, 2023, the Court took the Motion for Partial Summary Judgment off calendar. ECF 160. The Motion for Partial Summary Judgment is still pending.

The Court hereby sets a hearing for the Motion for Partial Summary Judgment (ECF No. 144) for June 29, 2023, at 10:00 a.m. Counsel shall take notice of this date. As the motion is fully briefed, no further briefing need be filed in advance of this hearing.

The Final Pretrial Conference is currently set for July 5, 2023, and Trial is set for July 24, 2023. *See* ECF No. 136. The parties filed a stipulation requesting to continue the Final Pretrial Conference to July 12, 2023, while keeping the Trial date unchanged. *See* ECF No. 162 ("FPTC Stipulation"). The Court hereby GRANTS the FPTC Stipulation.

The Final Pretrial Conference shall be July 12, 2023 at 9:00 a.m. Trial shall be July 24, 2023, at 8:30 a.m. The deadlines for trial filings shall remain unchanged, and the second round of trial filings shall be due June 21, 2023.

|  | : |
|---|---|
| **Initials of Preparer** | KD |