UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 20-02907-MEMF(JEMx) | Date | June 29, 2023 |
| Title | Evox Productions LLC v. Yahoo, Inc. | | |

PRESENT: <u>Honorable Maame Ewusi-Mensah Frimpong
United States District Judge</u>

<u>Kelly Davis</u>
Courtroom Deputy Clerk

<u>Wil Wilcox</u>
Court Reporter

<u>Attorney Present for Plaintiff:</u>
Jason Casero
Michael Sachs

<u>Attorney Present for Defendants:</u>
Shaun Mathur
Ilissa Samplin
Matthew Reagan

**PROCEEDINGS: MOTION Hearing (Held and Completed)**

    Case called. Court and counsel confer re: the Parties' Combined Motions for Summary Judgment [144]. The Court takes the matter under submission. A separate Court order shall issue.

                                                                                 1 : 31

Initials of Deputy Clerk     kd