## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EVOX PRODUCTIONS LLC

PLAINTIFF(S),

v.

AOL INC., et al.

DEFENDANT(S).

CASE NUMBER:

2:20–cv–02907 MEMF(JEMx)

### NOTICE OF REASSIGNMENT
### OF CASE DUE TO UNAVAILABILITY
### OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above–entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above–entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon.   Stephanie S Christensen   , Magistrate Judge for:

any discovery and/or post–judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:   2:20–cv–02907 MEMF(SSCx)   . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

By:   /s/ Robert Nadres
Deputy Clerk

  August 1, 2023
Date