UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:20-cv-02907-MEMF-SSC                                    Date: August 10, 2023

Title   *Evox Productions LLC v. Yahoo, Inc.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Minute Order re Gaps in Filings in advance of Final Pretrial Conference**

A final pretrial conference in this matter is scheduled for August 10, 2023, at 2:00 pm. A previous conference was held on July 12, 2023. *See* ECF No. 252. After the July 12 Conference, the Court ordered the parties to file amended versions of trial filings by August 4, 2023. *See id.* at 2.

The Court is in receipt of the documents the parties filed on August 4, 2023. However, the Court has not received word documents versions of many of these documents and of certain previously-filed documents. The parties are hereby ORDERED to email to chambers (MEMF_Chambers@cacd.uscourts.gov), in advance of the Final Pretrial Conference on August 10, 2023, word documents of the following documents (in versions matching the as-filed documents):

- Evox's Memorandum of Contentions of Fact & Law (ECF No. 167)
- Yahoo's Memorandum of Contentions of Fact & Law (ECF No. 179)
- Amended Joint Witness List (ECF No. 264)
- First Supplemental Joint Exhibit List (ECF No. 276)
- Revised Joint Agreed Upon and Disputed Proposed Jury Instructions (ECF No. 266)
- Amended Competing Verdict Forms (ECF No. 265)
- Revised Joint Statement of the Case (ECF No. 259)
- Yahoo's proposed Voir Dire Questions (ECF No. 212)
- Evox's proposed Voir Dire Questions (ECF No. 271

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-02907-MEMF-SSC                                         Date: August 10, 2023

Title   *Evox Productions LLC v. Yahoo, Inc.*

|  | : |
|---|---|
| **Initials of Preparer** | KD |